1  Richard W. Osman, State Bar No. 167993
   John K. Salcedo, State Bar No. 320340
2  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone: (415) 353-0999
   Facsimile: (415) 353-0990
5  Email:     rosman@bfesf.com
              jsalcedo@bfesf.com
6
7  Attorneys for Defendant
   COUNTY OF ALAMEDA
8
                  UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
   ERICA EDGERLY, individually and as        Case No. 3:24-cv-06232-WHO
11 successor-in-interest to Decedent YURI
   BRAND                                      **[PROPOSED] ORDER GRANTING DEFENDANT
12                                            COUNTY OF ALAMEDA'S MOTION TO
          Plaintiff,                          DISMISS PLAINTIFF'S COMPLAINT**
13
   v.                                         Date:      December 4, 2024
14                                            Time:      2:00 P.M.
   COUNTY OF ALAMEDA, a municipal             Location: San Francisco Courthouse
15 corporation, and DOES 1-50, inclusive,                450 Golden Gate Avenue
                                                         San Francisco, CA 94102
16        Defendants.
                                              **Hon. William H. Orrick**
17

18        Defendant COUNTY OF ALAMEDA's motion to dismiss Plaintiff's complaint came on

19 regularly for hearing on December 4, 2024, before the Honorable William H. Orrick. Patrick Buelna

20 appeared on behalf of Plaintiff, and John K. Salcedo appeared on behalf of Defendants.

21        The Court, having considered all the papers and pleadings on file herein and the oral argument of

22 the parties, HEREBY ORDERS THAT Defendant COUNTY OF ALAMEDA's motion to dismiss the

23 Third and Fourth Causes of Action in the Complaint is GRANTED WITHOUT LEAVE TO AMEND.

24

25 Dated: _____         _____
                                          UNITED STATES DISTRICT JUDGE
26

27

28