**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA EDGERLY,<br><br>    Plaintiff,<br>vs.<br><br>JACQUELINE SICARD, et al,<br><br>    Defendants. | Case No.: 3:24-cv-06232-WHO<br><br>**Plaintiff's Motion to Consider Whether Another Party's Material Should be Sealed** |

Pursuant to Civil Local Rules 79-5, Plaintiff files this Administrative Motion to File Under Seal the unredacted version of Plaintiff's Second Amended Complaint because it cites to/summarizes materials that the third-party County of Alameda disclosed as "CONFIDENTIAL" and must file under seal per the parties Stipulated Protective Order. The Court's Protective Order requires Plaintiff to file any information covered by the protective order under seal. Per CAND Local Rule 79-5 (f)(3), the County of Alameda has 7 days to file a declaration to support Plaintiff having to file the letter with redactions. For the aforementioned reasons, Plaintiff requests permission granted to file under seal.

1

Dated: March 4, 25						POINTER & BUELNA, LLP
								LAWYERS FOR THE PEOPLE

								/s/Patrick Buelna
								PATRICK M. BUELNA
								Attorney for PLAINTIFF