**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA EDGERLY, | Case No.: 3:24-cv-06232-WHO |
| Plaintiff, | |
| vs. | DECLARATION OF PATRICK BUELNA |
| JACQUELINE SICARD, et al., | |
| Defendants. | |

I, PATRICK M. BUELNA, declare:

1. I am licensed to practice in the state of California and have been admitted to courts in the Northern, Central and Eastern District of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. Plaintiff has attached a true and correct copy of Plaintiff's **unredacted** Second Amended Complaint.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated:  March 4, 25                  POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

/s/Patrick Buelna
PATRICK M. BUELNA
Attorney for PLAINTIFF