POINTER & BUELNA, LLP · LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

1

2 UNITED STATES DISTRICT COURT

3 NORTHERN DISTRICT OF CALIFORNIA

4 | ERICA EDGERLY, | Case No.: 3:24-cv-06232-WHO

5 |    Plaintiff,

6 | vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

7 | JACQUELINE SICARD, et al.

8 |    Defendants.

9

10

Plaintiff may file **under seal** her unredacted Second Amended Complaint attached to their

11 Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

12

13    IT IS SO ORDERED.

14 Date: _____, 2025

15       _____

16       Hon. William H. Orrick

17       United States District Judge

18

19

20

21

22

23

24

25

26