Richard W. Osman, State Bar No. 167993
John K. Salcedo, State Bar No. 320340
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:    rosman@bfesf.com
          jsalcedo@bfesf.com

Attorneys for Defendant
JACQUELINE SICARD, ERIK CASTILLO,
JEFFREY VAN ZEE, and OMAR VALERIO TRUJILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA EDGERLY, individually and as successor-in-interest to Decedent YURI BRAND<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE SICARD, in her individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; ERIK CASTILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; JEFFREY VAN ZEE, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; OMAR VALERIO TRUJILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; ; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 3:24-cv-06232-WHO<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FILE ANSWER TO SECOND AMENDED COMPLAINT UNDER SEAL**<br><br>**Hon. William H. Orrick** |

Pursuant to Civil Local Rules 79-5, Defendants Jaqueline Sicard, Erik Castillo, Jeffrey Van Zee, and Omar Valerio Trujillo ("Defendants") file this Administrative Motion to File Under Seal the unredacted version of Defendants' Answer to Plaintiff's Second Amended Complaint because it cites to/summarizes materials that the third-party County of Alameda disclosed as "CONFIDENTIAL" and

must file under seal per the parties Stipulated Protective Order. The Court's Protective Order requires Plaintiff to file any information covered by the protective order under seal. Per CAND Local Rule 79-5 (f)(3), Plaintiff has 7 days to file a declaration to support Defendants having to file the Defendants' Answer to Plaintiff's Second Amended Complaint with redactions. For the aforementioned reasons, Defendants request the Court to grant them permission to file an unredacted version of Defendants' Answer to Plaintiff's Second Amended Complaint under seal.

Dated: April 25, 2025       BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                By:  */s/ John K. Salcedo*
                  Richard W. Osman
                  John K. Salcedo
                  Attorneys for Defendant
                  JACQUELINE SICARD, ERIK CASTILLO,
                  JEFFREY VAN ZEE, and OMAR VALERIO
                  TRUJILLO