Richard W. Osman, State Bar No. 167993
John K. Salcedo, State Bar No. 320340
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:    rosman@bfesf.com
          jsalcedo@bfesf.com

Attorneys for Defendant
JACQUELINE SICARD, ERIK CASTILLO,
JEFFREY VAN ZEE, and OMAR VALERIO TRUJILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA EDGERLY, individually and as successor-in-interest to Decedent YURI BRAND<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE SICARD, in her individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; ERIK CASTILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; JEFFREY VAN ZEE, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; OMAR VALERIO TRUJILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; ; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 3:24-cv-06232-WHO<br><br>**DECLARATION OF JOHN K. SALCEDO IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FILE ANSWER TO SECOND AMENDED COMPLAINT UNDER SEAL**<br><br>**Hon. William H. Orrick** |

I, John K. Salcedo, declare:

1. I am an attorney at law duly licensed to practice law before the courts in the State of California, and I am an associate with the law firm of Bertrand, Fox, Elliot, Osman & Wenzel, attorneys of record for Defendants JACQUELINE SICARD, ERIK CASTILLO, JEFFREY VAN ZEE, and

1

OMAR VALERIO TRUJILLO in the above-captioned matter. I have personal knowledge of the facts and circumstances surrounding this matter and could, if called, competently testify thereto.

2. A true and correct **unredacted** copy of Defendants' Answer to the Second Amended Complaint is attached as Exhibit A.

3. A true and correct **redacted** copy of Defendants' Answer to the Second Amended Complaint is attached as Exhibit B.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of April 2025 in San Francisco, California.

                                        */s/ John K. Salcedo*
                                        John K. Salcedo

DECLARATION IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION FILE ANSWER TO SECOND AMENDED COMPLAINT UNDER SEAL
*Edgerly v. County of Alameda*, U.S.D.C. Northern District of California Case No.: *3:24-cv-06232-WHO*