Richard W. Osman, State Bar No. 167993
John K. Salcedo, State Bar No. 320340
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
jsalcedo@bfesf.com

Attorneys for Defendant
JACQUELINE SICARD, ERIK CASTILLO,
JEFFREY VAN ZEE, and OMAR VALERIO TRUJILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA EDGERLY, individually and as successor-in-interest to Decedent YURI BRAND<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE SICARD, in her individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; ERIK CASTILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; JEFFREY VAN ZEE, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; OMAR VALERIO TRUJILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; ; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 3:24-cv-06232-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE ANSWER TO SECOND AMENDED COMPLAINT UNDER SEAL**<br><br>**Hon. William H. Orrick** |

**IS HEREBY ORDERED:**

Defendants Jaqueline Sicard, Erik Castillo, Jeffrey Van Zee, and Omar Valerio Trujillo's ("Defendants") Administrative Motion to File Answer Second Amended Complaint Under Seal pursuant to Civil Local Rules 79-5 is GRANTED.

1

Defendants may file their unredacted Answer to Plaintiff's Second Amended Complaint attached to their Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          Judge Jeffrey S. White

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE ANSWER TO SECOND AMENDED COMPLAINT UNDER SEAL
*Edgerly v. County of Alameda*, U.S.D.C. Northern District of California Case No.: *3:24-cv-06232-WHO*