**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY L. CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff
ERICA EDGERLY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA EDGERLY, individually and as successor-in-interest to Decedent YURI BRAND;<br><br>　　　　　Plaintiff,<br>v.<br><br>JACQUELINE SICARD, in her individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; ERIK CASTILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; JEFFREY VAN ZEE, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; OMAR VALERIO TRUJILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; and DOES 1-50, inclusive.<br><br>　　　　　Defendants. | Case No.: 3:24-cv-06232-WHO<br><br>DECLARATION OF ADANTE POINTER |

I, ADANTÉ D. POINTER, declare:

1. I am the attorney of record for Plaintiff in this action. I am licensed to practice in the state of California and have been admitted to courts in the Northern and Eastern Districts of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. In the last few months, a conflict arose between counsels and Plaintiff that they tried to work through. Both sides made significant efforts to resolve their current conflict but were unable to do so. There now is an irreconcilable conflict that requires Plaintiff's counsels to withdraw from the case and has informed Plaintiff of their intentions to do so.

3. On October 2, 2025, Plaintiff's counsels informed Defendants that they intended to file a motion to withdraw as counsel due to an irreconcilable conflict with the Plaintiff and requested a continuance of the discovery schedule. Defendants agreed to a stay while Plaintiff finds new counsel or decides to proceed pro se.

4. Plaintiff's counsel now files to withdraw as counsel and will provide a copy of this motion to Plaintiff Erica Edgerly.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: October 21, 2025            POINTER & BUELNA, LLP

                                   /s/  Adante Pointer
                                   ADANTE POINTER
                                   Attorneys for Plaintiff