# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA EDGERLY, individually and as successor-in-interest to Decedent YURI BRAND;<br><br>　　　　　　Plaintiff,<br>v.<br><br>JACQUELINE SICARD, in her individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; ERIK CASTILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; JEFFREY VAN ZEE, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; OMAR VALERIO TRUJILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; and DOES 1-50, inclusive.<br><br>　　　　　　Defendants. | Case No.: 3:24-cv-06232-WHO<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSELS WITHDRAW AS ATTORNEYS FOR PLAINTIFF |

IT IS HEREBY ORDERED that Plaintiff's counsels Adante Pointer, Patrick Buelna, Marlon Monroe, Ty Clarke and Matthew Norman are no longer attorneys of record for Plaintiff Erica Edgerly.

Dated:

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

DECLARATION OF ADANTÉ D. POINTER
1