1  **ADANTÉ D. POINTER, ESQ., SBN 236229**
   **PATRICK M. BUELNA, ESQ., SBN 317043**
2  **TY L. CLARKE, ESQ., SBN 339198**
   POINTER & BUELNA, LLP
3  LAWYERS FOR THE PEOPLE
   155 Filbert St., Suite 208
4  Oakland, CA 94607
5  Tel: 510-929-5400
   Website: www.LawyersFTP.com
6  Email: APointer@LawyersFTP.com
   Email: PBuelna@LawyersFTP.com
7  Email: TClarke@LawyersFTP.com

8  Attorneys for Plaintiff
9  ERICA EDGERLY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA EDGERLY, individually and as successor-in-interest to Decedent YURI BRAND;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JACQUELINE SICARD, in her individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; ERIK CASTILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; JEFFREY VAN ZEE, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; OMAR VALERIO TRUJILLO, in his individual capacity as a deputy for the ALAMEDA COUNTY SHERIFF'S OFFICE; ; and DOES 1-50, inclusive.<br><br>　　　　　Defendants. | Case No.: 3:24-cv-06232-WHO<br><br>**DECLARATION OF DERRICK CHILDS IN SUPPORT OF NOTICE OF AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**<br><br>Date: December 3, 2025<br>Time: 2:00 PM<br>Place: Courtroom 2, 17th Floor |

I, **Derrick Childs**, declare as follows:

1. I am over the age of eighteen and competent to testify to the matters stated herein. I make this declaration based on my own personal knowledge.

2. On **November 28, 2025**, at approximately **12:00 p.m.**, I went to **7884 Ney Avenue, Apartment B, Oakland, California 94605** in an attempt to locate **Plaintiff Erica Edgerly**.

3. I went to this address for the purpose of **serving Ms. Edgerly with the Motion to Withdraw as Counsel and the accompanying supporting documents**.

4. I knocked on the door. A man answered.

5. I asked for **Erica Edgerly**. The man stated that **no one by that name lives at that address**.

6. After confirming that I had the correct address listed in the case file, I left the location.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 1, 2025, at Oakland, California.

                          /s/ *Derrick Childs*
                          DERRICK CHILDS, WITNESS

# CERTIFICATE OF SERVICE
Edgerly v. County of Alameda
Case No.: 3:24-cv-06232-WHO

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA:**

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; My business address is 155 Filbert St., Suite 208, Oakland, California 94607. On the date below, I served on the named parties and /or counsel of record:

**Richard William Osman**
**John Kirby Salcedo**
Bertrand, Fox, Elliot, Osman & Wenzel
2749 Hyde Street
San Francisco, CA 94109
415-353-0999
Fax: 415-353-0990
jsalcedo@bfesf.com
rosman@bfesf.com
tngo@bfesf.com

The following documents in the manner checked below:

**DECLARATION OF DERRICK CHILDS IN SUPPORT OF NOTICE OF AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

☒ **ONLY BY ELECTRONIC TRANSMISSION**. Pursuant to California Code of Civil Procedure §1010.6(e)(1), I served a true copy of the aforementioned document(s) via electronic mail on the parties in said action by transmitting by email to the email address(es) as set forth above on this date. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after submission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **December 2, 2025**, at Oakland, California.

/ s/ *Nicole Henry*
Nicole Henry