**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**ERICA EDGERLY,**
   Plaintiff,

v.

**COUNTY OF ALAMEDA, et al.,**
   Defendants.

**Case No. 3:24-cv-06232-WHO**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE**

The Court, having considered Plaintiff's Motion for Continuance and finding good cause shown, hereby ORDERS as follows:

1. Plaintiff's Motion for a 30-day continuance is GRANTED.

2. All current deadlines in this matter are STAYED and EXTENDED by thirty (30) days from the date of this Order.

3. Plaintiff is granted thirty (30) days to complete efforts to retain successor counsel.

4. The Court may issue an amended scheduling order, if necessary, following the expiration of the continuance.

IT IS SO ORDERED.

Dated: _____

_____
WILLIAM H. ORRICK
United States District Judge