Erica Edgerly

c/o address

city, state

phone

In Propria Persona


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| **ERICA EDGERLY,**<br><br>                    Plaintiff,<br><br>                    v.<br><br>COUNTY OF ALAMEDA, et al.,<br>                    Defendants. | **Case No. 3:24-cv-06232-WHO**<br><br>**NOTICE OF MOTION AND MOTION**<br>**FOR FURTHER CONTINUANCE**<br><br>Date:<br>Time:<br>Judge: Hon. William H. Orrick |


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Erica Edgerly, proceeding pro se, hereby moves the Court for a further 30-day continuance of the current case deadlines.

This motion is based on this Notice of Motion and Motion, the accompanying memorandum, the records and pleadings on file in this action, and any further argument the Court may consider.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Plaintiff Erica Edgerly, proceeding pro se, respectfully requests a further 30-day continuance of the current deadlines in this case. The Court previously granted Plaintiff additional time to secure replacement counsel following the withdrawal of prior counsel. Since that extension was granted, Plaintiff has continued to act diligently and in good faith to retain competent successor counsel.

Plaintiff is now in the final stages of securing representation with a firm that has been actively consulting regarding this matter. However, that firm has recently been engaged in trial, which has delayed the finalization of retention and formal substitution into the case. Plaintiff expects counsel to be secured within the coming weeks. Under these circumstances, a brief additional continuance is warranted so that Plaintiff may complete retention of counsel and proceed in an orderly and meaningful manner.

### II. LEGAL BASIS FOR CONTINUANCE

Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order may be modified for good cause and with the Court's consent. Rule 6(b)(1) likewise authorizes the Court to extend deadlines

for good cause. Civil Local Rule 6-3 similarly permits a party to seek additional time upon a showing of the reasons for the requested extension and the harm or prejudice that would result if the request were denied.

Good cause exists here because Plaintiff has continued to diligently seek counsel, has made substantial progress toward securing representation, and now requires only a brief additional period to complete that process. The requested continuance is limited, reasonable, and sought to ensure that Plaintiff may meaningfully participate in this litigation with competent counsel.

**III. GOOD CAUSE EXISTS FOR A FURTHER CONTINUANCE**

Plaintiff has used the previously granted extension to continue consulting with prospective successor counsel and to move toward formal retention. Those efforts have been active and ongoing. Plaintiff is now in the final steps of securing representation with a firm that has been seriously consulting on the matter.

The remaining delay has not been caused by any lack of diligence by Plaintiff. Rather, it has resulted from the practical circumstance that the consulting firm has been engaged in trial and therefore has had limited availability to finalize retention during that time. Plaintiff has remained in communication and has continued to pursue representation as promptly as possible.

A short additional extension will serve the interests of justice. Plaintiff is attempting to ensure that this matter proceeds with competent counsel in place, which will benefit both the Court and all parties by promoting efficiency, orderly case management, and meaningful participation in the remaining proceedings. By contrast, requiring Plaintiff to proceed immediately without allowing the final steps of retention to be completed would risk unnecessary prejudice.

The requested extension is modest. Plaintiff respectfully submits that a brief additional continuance of 30 days is reasonable and should be sufficient to complete the retention process.

**IV. REQUEST FOR RELIEF**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant a further 30-day continuance of the current deadlines and adjust the case schedule accordingly so that Plaintiff may finalize retention of counsel and proceed with proper representation.

DATED: March 24, 2026

Respectfully submitted,

/s/ Erica Edgerly
ERICA EDGERLY
Pro Se Plaintiff