Erica Edgerly
c/o address
city, state
phone

In Propria Persona

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERICA EDGERLY,**<br><br>                    Plaintiff,<br><br>                    v.<br><br>COUNTY OF ALAMEDA, et al.,<br>                    Defendants. | **Case No. 3:24-cv-06232-WHO**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR CONTINUANCE**<br><br>Judge: Hon. William H. Orrick |

    Having considered Plaintiff's Second Motion for Continuance, and good cause appearing, the motion is hereby GRANTED.

    The current deadlines in this matter are continued by 30 days. Plaintiff shall have this additional time to finalize retention of counsel and proceed accordingly.

IT IS SO ORDERED.

DATED: _____

_____
HON. WILLIAM H. ORRICK
United States District Judge

-1-