Erica Edgerly
In Propria Persona

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

ERICA EDGERLY,

Plaintiff,

v.

COUNTY OF ALAMEDA, et al.,

Defendants.

Case No. 3:24-cv-06232-WHO

**[PROPOSED] ORDER GRANTING FURTHER CONTINUANCE AND EXTENSION OF STAY**

Judge: Hon. William H. Orrick

Having considered Plaintiff Erica Edgerly's Notice of Motion and Motion for Further Continuance and Extension of Stay, the records and pleadings on file in this action, and good cause appearing, the Court hereby ORDERS as follows:

1. Plaintiff's request for a further continuance and extension of stay is GRANTED.

2. The current stay and all related case deadlines are extended for sixty (60) days from the date of this Order, unless otherwise ordered by the Court.

3. All related case management deadlines, discovery obligations, conference dates, and other scheduled dates are continued by the same period unless otherwise ordered by the Court.

4. Plaintiff shall file a status report regarding successor-counsel efforts and proposed next steps no later than _____, 2026.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. William H. Orrick
United States District Judge

- 1 -